# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL DICKFOSS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZIMMER, INC., ZIMMER BIOMET HOLDINGS, INC., ZIMMER HOLDINGS, INC., BIOMET ORTHOPEDICS, INC., and DOES 1-50, Inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-01385-MCE-JDP<br><br>District Judge Morrison C. England, Jr.<br>Magistrate Judge Jeremy D. Peterson<br><br>**ORDER APPROVING JOINT STIPULATION TO FURTHER CONTINUE DISCOVERY DEADLINES**<br><br>*[Filed concurrently with Joint Stipulation to Further Continue Discovery Deadlines; and Declaration of David P. Koller in Support of Joint Stipulation to Further Continue Discovery Deadlines]*<br><br>Complaint Filed:　　May 6, 2019<br>Date Removed:　　　July 22, 2019 |

| | |
|---|---|
| 1 | The Court, upon consideration of the Parties' Joint Stipulation to Further Continue Discovery |
| 2 | Deadlines, hereby **APPROVES** the Parties' Stipulation. **IT IS HEREBY ORDERED** that the |
| 3 | following deadlines are amended as follows: |

The Court, upon consideration of the Parties' Joint Stipulation to Further Continue Discovery Deadlines, hereby **APPROVES** the Parties' Stipulation. **IT IS HEREBY ORDERED** that the following deadlines are amended as follows:

The last date to complete case-specific fact discovery is extended to **December 9, 2021**; the last date for Plaintiff to designate and serve expert witness reports is extended to **March 3, 2022**; the last date for Defendants to designate and serve expert witness reports is extended to **April 4, 2022**; the last date to disclose rebuttal experts is extended to **May 5, 2022**; the last date to complete case-specific expert discovery is extended to **June 10, 2022**; and the last date to file motions *in limine* and dispositive motions is extended to **September 15, 2022**.

The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion. The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

IT IS SO ORDERED.

Dated: April 28, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE