UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DICKFOSS, | No. 2:19-cv-01385-MCE-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| ZIMMER, INC., ZIMMER BIOMET HOLDINGS, INC., ZIMMER HOLDINGS, INC., BIOMET ORTHOPEDICS, INC., and DOES 1–50, inclusive, | |
| Defendants. | |

The Court, upon consideration of the parties' June 24, 2022, Joint Stipulation of Dismissal with Prejudice, ECF No. 34, hereby GRANTS the parties' stipulation. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action and all claims stated therein against all parties are hereby DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: July 8, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE